1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CRYSTAL RUSSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:11-CR-0198 MCE
                                )
14              Plaintiff,      )
                                ) **STIPULATION AND ORDER**
15     v.                       ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
16 CRYSTAL RUSSO,               )
                                )
17              Defendant.      ) Date: March 22, 2012
                                ) Time: 9:00 a.m.
18 _____) Judge: Hon. Morrison C. England

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo,

21 through her attorney, Timothy Zindel, and plaintiff, United States of

22 America, through its attorney, Daniel S. McConkie, that the status

23 conference scheduled for March 22, 2012, may be continued to April 26,

24 2012, at 9:00 a.m.

25     Ms. Russo (Crystal Lima) was arraigned last week on a year-old

26 indictment charging events that occurred in 2008.  (Her co-defendant,

27 Alonzo Barnett, is not in federal custody.)

28 ///

The government has provided discovery but the defense needs additional time to review it and also to bring a motion for Ms. Lima's pretrial release. In light of these tasks, the parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through April 26, 2012, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 21, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CRYSTAL RUSSO

BENJAMIN B. WAGNER
United States Attorney

Dated: March 21, 2012 /s/ T. Zindel for D. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | The status conference is continued to April 26, 2012, at 9:00 a.m. |
| 3 | The Court finds that the ends of justice to be served by a continuance |
| 4 | outweigh the best interests of the public and the defendant in a speedy |
| 5 | trial, for the reasons stated above. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: March 28, 2012 |
| 8 | |
| 9 | _____ |
| 10 | MORRISON C. ENGLAND, JR. <br> UNITED STATES DISTRICT JUDGE |