```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CRYSTAL RUSSO
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,       ) No. 2:11-CR-0198 MCE
                                    )
14            Plaintiff,            )
                                    ) **STIPULATION AND ORDER CONTINUING**
15       v.                         ) **STATUS CONFERENCE AND EXCLUDING**
                                    ) **TIME AS TO DEFENDANT RUSSO**
16  ALONZO STEVE BARNETT and        )
    CRYSTAL RUSSO,                  )
17                                  ) Date:  April 26, 2012
              Defendants.           ) Time:  9:00 a.m.
18                                  ) Judge: Hon. Morrison C. England
    _____ )
19

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendant Crystal Russo, through their respective

23  attorneys, that the status conference scheduled (as to Ms. Russo only)

24  for April 26, 2012, may be continued to May 24, 2012, at 9:00 a.m.

25       Codefendant Barnett was arraigned last week and a status conference

26  scheduled for May 24.  Ms. Russo was arraigned in mid-March and a status

27  conference was set for April 26.  The parties have agreed to continue the

28  latter status conference to May 24.  Counsel for Ms. Russo seeks
```

additional time to review discovery, which has yet to be completed, and to do research and investigation. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through May 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 24, 2012   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CRYSTAL RUSSO


BENJAMIN B. WAGNER
United States Attorney

Dated: April 24, 2012   /s/ T. Zindel for D. McConkie
DANIEL McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference involving Ms. Russo is continued to May 24, 2012, at 9:00 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 24, 2012.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE