```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CRYSTAL RUSSO
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:11-CR-00198 MCE
                                 )
14              Plaintiff,       )
                                 )  STIPULATION AND ORDER CONTINUING
15       v.                      )  STATUS CONFERENCE AND EXCLUDING
                                 )  TIME AS TO DEFENDANT RUSSO
16  ALONZO STEVE BARNETT and     )
    CRYSTAL RUSSO,               )
17                               )  Date:  May 24, 2012
                Defendants.      )  Time:  9:00 a.m.
18                               )  Judge: Hon. Morrison C. England
    _____ )
19

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendants, Alonzo Steve Barnett and Crystal Russo,

23  through their respective attorneys, that the status conference scheduled

24  for May 24, 2012, may be continued to June 28, 2012, at 9:00 a.m.

25  ///

26  ///

27  ///

28  ///
```

Counsel for both defendants seek additional time to review discovery, which has yet to be completed, and to do research and investigation. To afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through June 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: May 21, 2012                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for CRYSTAL RUSSO

Dated: May 21, 2012                /s T. Zindel for D. Fischer
                                        DAVID FISCHER
                                        Attorney for STEVE BARNETT

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: May 21, 2012                /s/ T. Zindel for D. McConkie
                                        DANIEL McCONKIE
                                        Assistant U.S. Attorney

///

///

///

**O R D E R**

The status conference is continued to June 28, 2012, at 9:00 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 28, 2012.

IT IS SO ORDERED.

Dated: May 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE