1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CRYSTAL RUSSO
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:11-CR-0198 MCE
                                  )
14              Plaintiff,        )
                                  )  **STIPULATION AND ORDER**
15      v.                        )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
16 CRYSTAL RUSSO,                 )
                                  )
17              Defendant.        )  Date:  August 2, 2012
                                  )  Time:  9:00 a.m.
18 _____)  Judge: Hon. Morrison C. England

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference scheduled for August 2, 2012, may be continued to August 23, 2012, at 9:00 a.m.

       Ms. Russo and counsel are still awaiting additional audio recordings the government has promised to provide in discovery. Those recordings will determine whether further investigation is needed and will help the parties to resolve the case. (The Court recently ordered a pre-plea

presence report on behalf of co-defendant Alonzo Barnett and scheduled a separate status for him.)  To complete discovery and investigation, the parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through August 23, 2012, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 25, 2012      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CRYSTAL RUSSO

BENJAMIN B. WAGNER
United States Attorney

Dated: July 25, 2012      /s/ T. Zindel for D. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 23, 2012, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                -2-