1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CRYSTAL RUSSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:11-CR-00198 MCE
                                    )
14           Plaintiff,             )
                                    ) **STIPULATION AND ORDER**
15     v.                           ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
16 CRYSTAL RUSSO,                   )
                                    )
17           Defendant.             ) Date: August 23, 2012
                                    ) Time: 9:00 a.m.
18 _____  ) Judge: Hon. Morrison C. England

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo,

21 through her attorney, Timothy Zindel, and plaintiff, United States of

22 America, through its attorney, Daniel S. McConkie, that the status

23 conference scheduled for August 23, 2012, may be continued to September

24 27, 2012, at 9:00 a.m.

25     Ms. Russo and counsel are still awaiting additional audio recordings

26 the government has promised to provide in discovery.  Those recordings

27 will determine whether further investigation is needed and will help the

28 parties to resolve the case.

1  (The Court recently ordered a pre-plea presentence report on behalf of
2  co-defendant Alonzo Barnett and scheduled a separate status for him.)  To
3  complete discovery and investigation, the parties agree that the ends of
4  justice served by this continuance outweigh the best interests of the
5  public and the defendant in a speedy trial and that time under the Speedy
6  Trial Act should be excluded through September 27, 2012, pursuant to 18
7  U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 17, 2012        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for CRYSTAL RUSSO


BENJAMIN B. WAGNER
United States Attorney

Dated: August 17, 2012        /s/ T. Zindel for D. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 27, 2012, at 9:00 a.m.  The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE