```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CRYSTAL RUSSO
 7

 8

 9                     IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:11-CR-0198 MCE
                                   )
14                Plaintiff,       )
                                   ) STIPULATION AND ORDER
15       v.                        ) MODIFYING RELEASE CONDITIONS
                                   ) AS TO DEFENDANT RUSSO
16  ALONZO STEVE BARNETT and       )
    CRYSTAL RUSSO,                 )
17                                 ) Judge:  Hon. Kendall J. Newman
                  Defendants.      )
18                                 )
    _____)
19

20
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Crystal Russo, through their respective attorneys, that the release conditions imposed on Ms. Russo on March 29, 2012, may be modified as set forth below.

On September 18, Ms. Russo's pretrial services officer contacted counsel to request that Ms. Russo's electronic monitoring condition be removed because she has complied with all conditions of release for six months without issue, reports as required, is seen monthly in the field,

has completed the MRT program, and because all her drug test results have been negative. Pretrial services believes electronic monitoring is no longer needed. Accordingly, the parties agree that the electronic monitoring condition (number 14 of the conditions filed March 29, 2012) be stricken. All other conditions shall remain in force.

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

Dated: September 19, 2012        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for CRYSTAL RUSSO

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: September 19, 2012        /s/ T. Zindel for D. McConkie
                                 DANIEL McCONKIE
                                 Assistant U.S. Attorney

**O R D E R**

Condition number 14 of the release conditions previously imposed on Ms. Russo (requiring electronic monitoring) is stricken.

IT IS SO ORDERED.

Dated: September 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Order                              2