1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CRYSTAL RUSSO
7

8

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     )  No. 2:11-CR-0198 MCE
                                 )
14           Plaintiff,          )
                                 )  **STIPULATION AND ORDER**
15      v.                       )  **CONTINUING STATUS CONFERENCE**
                                 )  **AND EXCLUDING TIME**
16 CRYSTAL RUSSO et al.,         )
                                 )
17           Defendants.         )  Date: September 27, 2012
                                 )  Time: 9:00 a.m.
18 _____)  Judge: Hon. Morrison C. England

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo,
21 through her attorney, Timothy Zindel, and plaintiff, United States of
22 America, through its attorney, Daniel S. McConkie, that the status
23 conference as to defendant Russo, scheduled for September 27, 2012, may
24 be continued to October 25, 2012, at 9:00 a.m.
25      Ms. Russo and counsel are awaiting additional audio recordings the
26 government has promised to provide in discovery.  Those recordings will
27 determine whether further investigation is needed and will help the
28 parties to resolve the case.

(The Court recently ordered a pre-plea presentence report on behalf of co-defendant Alonzo Barnett and scheduled a separate status for him.) To complete discovery and investigation, the parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through October 25, 2012, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 25, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CRYSTAL RUSSO

BENJAMIN B. WAGNER
United States Attorney

Dated: September 25, 2012 /s/ T. Zindel for D. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 25, 2012, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: September 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE