1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00198 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| CRYSTAL RUSSO et al., | |
| Defendants. | Date: October 25, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for October 25, 2012, may be continued to January 10, 2013, at 9:00 a.m.

Ms. Russo and counsel are awaiting additional audio recordings the government has promised to provide in discovery. Those recordings will determine whether further investigation is needed and will help the parties to resolve the case.

Also, defense counsel will be unavailable from mid-November to mid-December while on medical leave. In order to complete necessary discovery and investigation and to assure continuity of defense counsel, the parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through January 10, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated: October 23, 2012        /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for CRYSTAL RUSSO


                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: October 23, 2012        /s/ T. Zindel for D. McConkie
                                                DANIEL S. McCONKIE
                                                Assistant U.S. Attorney

///

///

///

**O R D E R**

The status conference is continued to January 10, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE