```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CRYSTAL RUSSO
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:11-CR-0198 MCE
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15       v.                        ) **MODIFYING RELEASE CONDITIONS**
                                   ) **AS TO DEFENDANT RUSSO**
16  ALONZO STEVE BARNETT and       )
    CRYSTAL RUSSO,                 )
17                                 ) Judge:  Hon. Allison Claire
                Defendants.        )
18                                 )
    _____)
19

20

21       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendant Crystal Russo, through their respective

23  attorneys, that the release conditions imposed on Ms. Russo on March 29,

24  2012, may be modified as set forth below.

25       Ms. Russo's pretrial services officer has advised counsel that (1)

26  Ms. Russo has successfully complied with the counseling condition ordered

27  when she was released, and (2) Ms. Russo's counselor believes there is no

28  need at this time to continue counseling services.  Accordingly, at the
```

request of Pretrial Services, the parties agree that the counseling condition (number 13 of the conditions filed March 29, 2012) may be stricken.  All other conditions shall remain in force.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated:  January 7, 2013        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for CRYSTAL RUSSO

                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  January 7, 2013        /s/ T. Zindel for D. McConkie
                               DANIEL McCONKIE
                               Assistant U.S. Attorney

**O R D E R**

Condition number 13 of the release conditions previously imposed on Ms. Russo (requiring counseling) is stricken.

IT IS SO ORDERED.

Dated: January 8, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE