JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00198-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| CRYSTAL RUSSO et al., | |
| Defendants. | Date: February 7, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for February 7, 2013, may be continued to March 14, 2013, at 9:00 a.m.

Ms. Russo and counsel have reviewed additional audio recordings the government provided in discovery since the last status conference. The defense has additional follow-up investigation but counsel intend to meet and confer later this week about resolving the case. In order to

complete these tasks, the parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through March 14, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: February 5, 2013  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CRYSTAL RUSSO

BENJAMIN B. WAGNER
United States Attorney

Dated: February 5, 2013  /s/ T. Zindel for D. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney

1 **ORDER**

2 　　The status conference is continued to March 14, 2013, at 9:00 a.m.
3 The Court finds that the ends of justice to be served by a continuance
4 outweigh the best interests of the public and the defendant in a speedy
5 trial, for the reasons stated above.
6 　　IT IS SO ORDERED.

8 Dated: February 13, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stip & Order　　　　　　　　　　-3-