```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CRYSTAL RUSSO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0198 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| CRYSTAL RUSSO et al., | ) |
| | ) |
| Defendants. | ) Date: March 14, 2013 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for March 14, 2013, may be continued to March 28, 2013, at 9:00 a.m.

Ms. Russo and counsel have reviewed additional audio recordings the government provided in discovery since the last status conference. Counsel are scheduled to meet the week of March 18 to discuss the defense investigation and how it may affect resolution of the case. In order to

complete these tasks, the parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through March 28, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: March 11, 2013         /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for CRYSTAL RUSSO


BENJAMIN B. WAGNER
United States Attorney

Dated: March 11, 2013         /s/ T. Zindel for D. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 28, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above.

IT IS SO ORDERED.

Dated: March 14, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE