HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0198 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| CRYSTAL RUSSO et al., | |
| Defendants. | Date: June 13, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for June 13, 2013, may be continued to June 27, 2013, at 9:00 a.m.

The government has requested additional time to investigate Ms. Russo's defense to the charges. Counsel met during the week of March 18 to discuss the defense investigation and provide information relative to Ms. Russo's defense. The government has yet to advise defense counsel

about how it wishes to proceed.  The parties therefore agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through June 27, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated:  June 11, 2013            /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for CRYSTAL RUSSO


                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  June 11, 2013            /s/ T. Zindel for D. McConkie
                                      DANIEL S. McCONKIE
                                      Assistant U.S. Attorney


**O R D E R**

    The status conference is continued to June 27, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above, and orders time excluded through the status conference on June 27, 2013.

    IT IS SO ORDERED.

Date: June 11, 2013

                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT