HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL RUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-cr-0198 MCE |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| CRYSTAL RUSSO et al., | ) |
| Defendants. | ) Date: June 27, 2013 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for June 27, 2013, may be continued to July 18, 2013, at 9:00 a.m.

The government has requested additional time to investigate Ms. Russo's defense to the charges. Counsel met during the week of March 18 to discuss the defense investigation and provide information relative to Ms. Russo's defense. The government has yet to advise defense counsel

about how it wishes to proceed.  The parties therefore agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through July 18, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 25, 2013     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CRYSTAL RUSSO


BENJAMIN B. WAGNER
United States Attorney

Dated: June 25, 2013     /s/ T. Zindel for D. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 18, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above, and orders time excluded through the status conference on July 18, 2013.

IT IS SO ORDERED.

Date: June 25, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT