```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CRYSTAL RUSSO
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:11-CR-0198 MCE
                                 )
14             Plaintiff,        )
                                 ) STIPULATION AND ORDER
15       v.                      ) CONTINUING STATUS CONFERENCE
                                 ) AND EXCLUDING TIME
16  CRYSTAL RUSSO et al.,        )
                                 )
17             Defendants.       ) Date:  July 18, 2013
                                 ) Time:  9:00 a.m.
18  _____ ) Judge: Hon. Morrison C. England

19
```

IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for July 18, 2013, may be continued to July 25, 2013, at 9:00 a.m.

The government had requested additional time to investigate Ms. Russo's defense to the charges but the assigned prosecutor left the U.S. Attorney's office without communicating his intentions to defense counsel. The case will be reassigned and a decision made, but not in

time for the July 18 status, so counsel have agreed to continue the status one week. The parties therefore agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act should be excluded through July 25, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 16, 2013       /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for CRYSTAL RUSSO

                           BENJAMIN B. WAGNER
                           United States Attorney

Dated: July 16, 2013       /s/ T. Zindel for D. McConkie
                           DANIEL S. McCONKIE
                           Assistant U.S. Attorney

**O R D E R**

Pursuant to the parties' stipulation, the status conference currently scheduled for July 18, 2013, is hereby vacated and **continued to July 25, 2013, at 9:00 a.m.** in Courtroom 7. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above, and orders time excluded through the status conference on July 25, 2013.

IT IS SO ORDERED.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT