1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   CRYSTAL RUSSO
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:11-CR-0198 MCE
                                  )
14           Plaintiff,            )
                                  ) **STIPULATION AND ORDER**
15      v.                        ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
16 CRYSTAL RUSSO et al.,          )
                                  )
17           Defendants.           ) Date:  July 25, 2013
                                  ) Time:  9:00 a.m.
18 _____) Judge: Hon. Morrison C. England

19

20     IT IS HEREBY STIPULATED AND AGREED between defendant, Crystal Russo, through her attorney, Timothy Zindel, and plaintiff, United States of America, through its attorney, Daniel S. McConkie, that the status conference as to defendant Russo, scheduled for July 25, 2013, may be continued to September 12, 2013, at 9:00 a.m.

25     The government had requested additional time to investigate Ms. Russo's defense to the charges but the assigned prosecutor left the U.S. Attorney's office without communicating his intentions to defense counsel. The case has since been reassigned within that office but

counsel is presently preparing for trial and will need time to review the case.  The parties therefore agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and ask that time under the Speedy Trial Act should be excluded through September 12, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

Dated:  July 21, 2013                 /s/ T. Zindel
                                                    TIMOTHY ZINDEL
                                                    Assistant Federal Defender
                                                    Attorney for CRYSTAL RUSSO


                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

Dated:  July 21, 2013                 /s/ T. Zindel for J. Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney

**O R D E R**

Pursuant to the parties' stipulation and good cause appearing, IT IS SO FOUND AND ORDERED. The status conference currently scheduled for July 25, 2013, is hereby vacated and **continued to September 12, 2013, at 9:00 a.m.** in Courtroom 7. The Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, for the reasons stated above, and orders time excluded through the status conference on September 12, 2013.

IT IS SO ORDERED.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT